UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANAFSHEH AKHLAGHI,<br><br>        Plaintiff,<br><br>   v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 19-cv-03754-JST<br><br>**ORDER**<br><br>Re: ECF No. 93 |

The parties have filed a joint notice of settlement which states that they "are currently circulating the written [settlement] agreement for signatures" before submitting it to the Court for approval. ECF No. 93. A motion for preliminary approval is due by December 2, 2021.

If a motion for preliminary approval is not filed, then a motion for class certification is due by January 20, 2022, an opposition is due by April 14, 2022, and a reply is due by June 30, 2022. A motion hearing will be held on August 11, 2022.

**IT IS SO ORDERED.**

Dated: November 5, 2021



JON S. TIGAR
United States District Judge