UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANAFSHEH AKHLAGHI,<br><br>  Plaintiff,<br><br>  v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 19-cv-03754-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 95 |

Before the Court is Plaintiff's motion for preliminary approval of class action settlement. ECF No. 95. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for February 3, 2022, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 25, 2022

_____
JON S. TIGAR
United States District Judge